FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANE POWERS,<br><br>    Plaintiff,<br><br>    v.<br><br>OUTSOURCE RECEIVABLES MANAGEMENT, INC.,<br><br>    Defendant. | No. 4:21-CV-05024-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is Plaintiff Diane Powers' Notice of Voluntary Dismissal of Case, ECF No. 5. Ms. Powers requests that the Court dismiss the above-captioned case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court hereby accepts the notice of dismissal and dismisses the action.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED with prejudice**. Each party is responsible for their own costs and fees.

2. The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 31st day of January 2022.



                    Stanley A. Bastian
           Chief United States District Judge

**ORDER DISMISSING CASE** *2